B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

Southern District Of Indiana

In re Thomas Martin Studer and Angela Marie Studer, Case No. 15-06620

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association as Trustee of Chalet Series III Trust
Name of Transferee

MTGLQ Investors, L.P.
Name of Transferor

Name and Address where notices to transferee should be sent:

C/O SN Servicing Corp.
323 5th Street
Eureka, CA 95501

Phone: 800-603-0836
Last Four Digits of Acct #: 6873

Court Claim # (if known): 8-2
Amount of Claim: $118,083.02
Date Claim Filed: 12/31/2015

Phone: 888-504-6700
Last Four Digits of Acct. #: 7178

Name and Address where transferee payments should be sent (if different from above):

C/O SN Servicing Corp.
323 5th Street
Eureka, CA 95501
Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle Ghidotti-Gonsalves            Date: 12/24/18
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.